**L. P. TUDOR and Harry Kinnard, Appellants, v. TRAVELERS INDEMNITY COMPANY, Appellee.**

No. 10787.

United States Court of Appeals
Sixth Circuit.

May 2, 1949.

Leer Buckley, Lexington, Ky., for appellants.

Stoll, Keenon & Park, Lexington, Ky., for appellee.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This appeal was heard upon the record, briefs and oral arguments of counsel, and it appearing to the court that the sole issue presented to it for review is one of fact; and it further appearing that the findings of fact of the District Court are supported by substantial evidence and are not clearly erroneous.

It is hereby ordered that the judgment below be and is hereby affirmed upon the Findings of Fact and Conclusions of Law of the District Court.

**UNITED STATES of America v. Jesse Miller SINCLAIR, Appellant.**

No. 9940.

United States Court of Appeals
Third Circuit.

Argued May 2, 1949.

Decided May 5, 1949.

Writ of Certiorari Granted June 27, 1949.
See 69 S.Ct. 1531.

Jacob Kossman, Philadelphia, Pa. (David Berger, Philadelphia, Pa., on the brief), for appellant.

Harry Wolov, Philadelphia, Pa. (Gerald A. Gleeson, United States Attorney, Philadelphia, Pa., on the brief), for appellee.

Before MARIS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The appellant was convicted by the district judge, sitting without a jury, on the charge of sending an obscene, lewd and lascivious letter to his wife through the mails. Appellant's argument has failed to convince us that his conviction was not fully justified by the evidence or that the trial judge erred in point of law.

The judgment of the district court will be affirmed.